# 07-CV-00783

```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX000742
Cashier ID: sg
Transaction Date: 04/17/2007
Payer Name: LEHOUILLIER AND ASSOC
------------------------------------
CIVIL FILING FEE
 For: LEHOUILLIER AND ASSOC
 Amount:          $350.00
------------------------------------
CREDIT CARD
 Amt Tendered:   $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

07-CV-00783

A fee of $45.00 will be assessed on
any returned check.
```