MDL, NDISPO, TERMED

# U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00783-WYD-MEH
### Internal Use Only

| | |
|---|---|
| Hollis et al v. Pfizer Inc. | Date Filed: 04/17/2007 |
| Assigned to: Judge Wiley Y. Daniel | Date Terminated: 06/01/2007 |
| Referred to: Magistrate Judge Michael E. Hegarty | Jury Demand: Defendant |
| Case in other court: USDC 05-cv-01266-PSF-MEH, MDL 1699 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1332 Diversity-Wrongful Death | Jurisdiction: Diversity |

**Plaintiff**

**Clark Hollis**                    represented by **Patric J. LeHouillier**
*surviving spouse*                  LeHouillier & Associates, P.C.
                                    90 South Cascade
                                    #1430
                                    Colorado Springs, CO 80903
                                    719-471-1330
                                    Fax: 719-473-3292
                                    Email: pat@lehouillier.net
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Weems**                      represented by **Patric J. LeHouillier**
*surviving daughter of deceased*    (See above for address)
*other*                             *LEAD ATTORNEY*
Carol Hollis                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**                     represented by **Katherine Michele Anderson**
*a Delaware Corporation*            Socha Perczak Setter & Anderson, P.C.
                                    1775 Sherman Street
                                    #1925
                                    Denver, CO 80203
                                    303-832-7265
                                    Fax: 303-832-7438
                                    Email: kmanderson@spalegal.com
                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2007 | 1 | COMPLAINT against Pfizer Inc. ( Filing fee $ 350, Receipt Number COX000742) Summons issued, filed by Clark Hollis, Lisa Weems. (Attachments: # 1 Civil Cover Sheet # 2 Receipt)(llr, ) (Entered: 04/17/2007) |
| 04/17/2007 | 2 | Letter from Clerk to MDL Panel advising case may be related to MDL 1699. (llr, ) (Entered: 04/17/2007) |
| 04/18/2007 | 3 | ORDER of Recusal. Ordered that the Clerk shall reassign this case to another judge. Signed by Judge Richard P. Matsch on 4/18/2007. (llr, ) (Entered: 04/18/2007) |

| | | |
|---|---|---|
| 04/18/2007 | 🔵 4 | LETTER REASSIGNING CASE per Order of Recusal 4/18/2007. Case reassigned to Judge Wiley Y. Daniel for all further proceedings. Judge Richard P. Matsch is no longer assigned to case. (llr, ) (Entered: 04/18/2007) |
| 04/24/2007 | 🔵 5 | ORDER REFERRING CASE to Magistrate Judge Michael E. Hegarty by Judge Daniel. (wydcd, rrk) (Entered: 04/25/2007) |
| 04/25/2007 | 🔵 6 | MINUTE ORDER Scheduling Conference set for 8/6/2007 09:00 AM in Courtroom C203 on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado, before Magistrate Judge Michael E. Hegarty. Entered by Magistrate Judge Michael E. Hegarty on 4/25/2007. (mehcd) (Entered: 04/25/2007) |
| 05/15/2007 | 🔵 7 | *Defendant Pfizer Inc.'s* ANSWER to Complaint with Jury Demand by Pfizer Inc.. (Anderson, Katherine) (Entered: 05/15/2007) |
| 05/15/2007 | 🔵 8 | CORPORATE DISCLOSURE STATEMENT by Defendant Pfizer Inc.. (Anderson, Katherine) (Entered: 05/15/2007) |
| 05/15/2007 | 🔵 9 | MOTION to Stay *of All Proceedings Pending Transfer to Multidistrict Litigation Proceeding* by Defendant Pfizer Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Anderson, Katherine) (Entered: 05/15/2007) |
| 05/15/2007 | 🔵 10 | MEMORANDUM regarding 9 MOTION to Stay *of All Proceedings Pending Transfer to Multidistrict Litigation Proceeding* filed by Pfizer Inc.. (Text Only Entry - No Document Attached)Motions referred to Magistrate Judge Michael E. Hegarty. Referred by Judge Wiley Y. Daniel on 5/15/07. (wydcd, rrk) (Entered: 05/15/2007) |
| 05/15/2007 | 🔵 11 | MINUTE ORDER granting 9 Dft Pfizer Inc's Motion to Stay all Proceedings Pending Transfer to Multidistrict Litigation Proceeding. The SchedulingConference set for August 6, 2007, is vacated, as are all other discovery related deadlines. This case is stayed pending transfer under the MDL proceeding to the Northern District of California. It is further ORDERED that Defendant shall submit a status report no later than June 30, 2007, indicating the expected time line for the transfer of this case, if this case has not beentransferred at that time. by Magistrate Judge Michael E. Hegarty on 5/15/07.(erv, ) (Entered: 05/16/2007) |
| 05/18/2007 | 🔵 13 | Letter from MDL Clerk to Clerk USDC, San Francisco, CA re: Conditional Transfer Order (CTO-64) of this case into MDL 1699. (llr, ) (Entered: 06/01/2007) |
| 06/01/2007 | 🔵 14 | Conditional Transfer ORDER (CTO-64) by Clerk of the MDL Panel filed 4/26/07 of this case into MDL 1699 In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation pending before Judge Charles R. Breyer, USDC Northern Dist of CA. (Attachments: # 1 Transmittal Letter)(lamsl, ) (Entered: 06/06/2007) |

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 7th day of May 2007
GREGORY C. LANGHAM
By _____ Deputy