Patric J. LeHouillier
LeHouillier & Associates, PC
90 South Cascade Avenue, Suite 1430
Colorado Springs, CO 80903
Telephone: (719) 471-1330
Facsimile: (719) 473-3292
Email: pat@lehouillier.net
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699 <br> 07-CV-2964 CRB <br> District Judge: Charles R. Breyer |
| This Document Relates to: | |
| CLARK HOLLIS, surviving spouse, and LISA WEEMS, surviving daughter of CAROL HOLLIS, deceased, (Case No. 07-CV-2964 CRB) | STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS WITH PREJUDICE |

Come now Plaintiffs CLARK HOLLIS, surviving spouse, and LISA WEEMS, surviving daughter of CAROL HOLLIS, deceased, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: 10-27-09            By: _____
                                LeHouillier & Associates, PC
                                90 South Cascade Ave., #1430
                                Colorado Springs, CO 80903
                                Telephone: (719) 471-1330
                                Facsimile: (719) 473-3292
                                *Attorney for Plaintiffs*

DATED: November 9, 2009        By: _____

DLA PIPER, LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Defendants' Liaison Counsel

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: NOV 1 3 2009        By: _____

Hon. Charles R. Breyer
United States District Court